THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NISSREN RABADI and
ROBERT RABADI,

    Plaintiffs,

v.                                                    3:15-CV-00101
                                                      (JUDGE MARIANI)

GREAT WOLF LODGE
OF THE POCONOS LLC, and
GREAT WOLF RESORTS, INC.

    Defendants.

## ORDER

**AND NOW, THIS 9th DAY OF AUGUST 2016**, upon consideration of Defendants' Motion for Summary Judgment, (Doc. 9), and all accompanying briefs and exhibits filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, (Doc. 9), is **GRANTED** in its entirety.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

_____
Robert D. Mariani
United States District Judge